# United States Court of Appeals
## For the First Circuit

Nos. 06-1210, 06-1211, 06-1212, 06-1851, 06-1852, 06-1918, 06-2094

VANESSA DIXON,

Plaintiff, Appellee/Cross-Appellant,

v.

INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS; INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS, LOCAL 382; JOHN LEARY,

Defendants, Appellants/Cross-Appellee,

KENNETH T. LYONS,

Defendant, Cross-Appellee.

**ERRATA SHEET**

The opinion of this Court issued on September 28, 2007, is amended as follows:

On the coverpage, line 4, insert "06-1918" between "06-1852" and "06-2094"